# EXHIBIT #1
# INDEPENDANT CONTRACTOR AGREEMENT

# INDEPENDENT CONTRACTOR AGREEMENT

This Independent Contractor Agreement (the "Agreement") is made and entered between Smart Communication Systems, LLC , a Florida company with headquarters at 6422 Grenada Island Ave, Apollo Beach, FL 33572, an independent contractor hereafter referred to as "Contractor", and **Utilities Construction Company, LLC,** a Delaware limited liability company with headquarters at 115 Bellagio Villas Dr Spring Hill, TN 37174 hereafter referred to as "Company".

In consideration of the covenants and conditions hereinafter set forth, Company and Contractor agree as follows:

1.    SERVICES

Contractor shall perform the following services for the Company (the "Work").

_____ **As specified, on the work orders given, for undergound construction.** __

2.    REPORTING

Contractor shall report to __Eric Brewer____.  Contractor shall provide a daily/weekly written report to the Company on his progress on assignments as necessary.

3.    TERM

This Agreement shall commence on the ____ day of _____ 2020.  Contractor agrees to perform services for the Work to Company on or before the expiration of the term set forth above.  The Company may terminate the use of Contractor's services at any time without cause and without further obligation to Contractor except for payment due for services prior to date of such termination.  Termination of this Agreement or termination of services shall not affect the provisions under Sections 5-11, hereof, which shall survive any termination.

4.    Please note that our anticipated start date is _____
5.    Contractor will be paid for Work performed under this Agreement as follows:

**Contractor payments for completed work is retained for 30 days from *approved* invoicing.  A factor option may be available upon request,** __

**\*\*Note: For any work that is left incomplete or has to be re-done, no payment to contractor will be made.  If QC is failed there will be a back-charge for the job.** _____

Initial ____

5. CONFIDENTIALITY AND OWNERSHIP

(a)    Contractor recognizes and acknowledges that the Company possesses certain confidential information that constitutes a valuable, special, and unique asset. As used herein, the term "confidential information" includes all information and materials belonging to, used by, or in the possession of the Company relating to its products, processes, services, technology, inventions, patents, ideas, contracts, financial information, developments, business strategies, pricing, current and prospective customers, marketing plans, and trade secrets of every kind and character, but shall not include (a) information that was already within the public domain at the time the information is acquired by Contractor, or (b) information that subsequently becomes public through no act or omission of the Contractor. Contractor agrees that all of the confidential information is and shall continue to be the exclusive property of the Company, whether or not prepared in whole or in part by Contractor and whether or not disclosed to or entrusted to Contractor's custody. Contractor agrees that Contractor shall not, at any time following the execution of this Agreement, use or disclose in any manner any confidential information of the Company.

(b)    To the extent any inventions, technologies, reports, memoranda, studies, writings, articles, plans, designs, specifications, exhibits, software code, or other materials prepared by Contractor in the performance of services under this Agreement include material subject to copyright protection, such materials have been specially commissioned by the Company and they shall be deemed "work for hire" as such term is defined under U.S. copyright law. To the extent any such materials do not qualify as "work for hire" under applicable law, and to the extent they include material subject to copyright, patent, trade secret, or other proprietary rights protection, Contractor hereby irrevocably and exclusively assigns to the Company, its successors, and assigns, all right, title, and interest in and to all such materials. To the extent any of Contractor rights in the same, including without limitation any moral rights, are not subject to assignment hereunder, Contractor hereby irrevocably and unconditionally waives all enforcement of such rights. Contractor shall execute and deliver such instruments and take such other actions as may be required to carry out and confirm the assignments contemplated by this paragraph and the remainder of this Agreement. All documents, magnetically or optically encoded media, and other tangible materials created by Contractor as part of its services under this Agreement shall be owned by the Company.

6. RETURN OF MATERIALS

Contractor agrees that upon termination of this Agreement, Contractor will return to the Company all drawings, blueprints, notes, memoranda, specifications, designs, writings, software, devices, documents and any other material containing or disclosing any confidential or proprietary information of the Company. Contractor will not retain any such materials.

7. WARRANTIES

Contractor warrants that:

Initial 

Contractor's agreement to perform the Work pursuant to this Agreement does not violate any agreement or obligation between Contractor and a third party; and

(a)     The Work as delivered to the Company will not infringe any copyright, patent, trade secret, or other proprietary right held by any third party; and

(b)     The services provided by Contractor shall be performed in a professional manner, and shall be of a high grade, nature, and quality.  The services shall be performed in a timely manner and shall meet deadlines agreed between Contractor and the Company.

8.     <u>INDEMNITY</u>

Contractor agrees to indemnify, defend, and hold the Company and its successors, officers, directors, agents and employees harmless from any and all actions, causes of action, claims, demands, cost, liabilities, expenses and damages (including attorneys' fees) arising out of, or in connection with any breach of this Agreement by Contractor.

9.     <u>RELATIONSHIP OF PARTIES</u>

Contractor is an independent contractor of the Company.  Nothing in this Agreement shall be construed as creating an employer-employee relationship, as a guarantee of future employment or engagement, or as a limitation upon the Company' sole discretion to terminate this Agreement at any time without cause.  Contractor further agrees to be responsible for all of Contractor's federal and state taxes, withholding, social security, insurance, and other benefits.  Contractor shall provide the Company with satisfactory proof of independent contractor status.  All work must be performed by first tier or Second Tier contractors.  Third tier or Subcontractors are not allowed on this project.

10.     <u>OTHER ACTIVITIES</u>

Contractor is free to engage in other independent contracting activities, provided that Contractor does not engage in any such activities which are inconsistent with or in conflict with any provisions hereof, or that so occupy Contractor's attention as to interfere with the proper and efficient performance of Contractor's services thereunder.  Contractor agrees not to induce or attempt to influence, directly or indirectly, any employee at the Company to terminate his/her employment and work for Contractor or any other person.

11.     <u>MISCELLANEOUS</u>

(a)     <u>Attorneys' Fees</u>.  Should either party hereto, or any heir, personal representative, successor or assign of either party hereto, resort to legal proceedings in connection with this Agreement or Contractor's relationship with the Company, the party or parties prevailing in such legal proceedings shall be entitled, in addition to such other relief as may be granted, to recover its or their reasonable attorneys' fees and costs in such legal proceedings from the non-prevailing party or parties.

Initial 

(b)    <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of Tennessee without regard to conflict of law principles.

(c)    <u>Entire Agreement</u>. This Agreement, contains the entire agreement and understanding between the parties hereto and supersedes any prior or contemporaneous written or oral agreements, representations and warranties between them respecting the subject matter hereof.

(d)    <u>Amendment</u>. This Agreement may be amended only by a writing signed by Contractor and by a duly authorized representative of the Company.

(e)    <u>Severability</u>. If any term, provision, covenant or condition of this Agreement, or the application thereof to any person, place or circumstance, shall be held to be invalid, unenforceable or void, the remainder of this Agreement and such term, provision, covenant or condition as applied to other persons, places and circumstances shall remain in full force and effect.

(f)    <u>Construction</u>. The headings and captions of this Agreement are provided for convenience only and are intended to have no effect in construing or interpreting this Agreement. The language in all parts of this Agreement shall be in all cases construed according to its fair meaning and not strictly for or against either party.

(g)    <u>Rights Cumulative</u>. The rights and remedies provided by this Agreement are cumulative, and the exercise of any right or remedy by either party hereto (or by its successor), whether pursuant to this Agreement, to any other agreement, or to law, shall not preclude or waive its right to exercise any or all other rights and remedies.

(h)    <u>Non-waiver</u>. No failure or neglect of either party hereto in any instance to exercise any right, power or privilege hereunder or under law shall constitute a waiver of any other right, power or privilege or of the same right, power or privilege in any other instance. All waivers by either party hereto must be contained in a written instrument signed by the party to be charged and, in the case of the Company, by an officer of the Company or other person duly authorized by the Company.

(i)    <u>Remedy for Breach</u>. The parties hereto agree that, in the event of breach or threatened breach of any covenants of Contractor, the damage or imminent damage to the value and the goodwill of the Company's business shall be inestimable, and that therefore any remedy at law or in damages shall be inadequate. Accordingly, the parties hereto agree that the Company shall be entitled to injunctive relief against Contractor in the event of any breach or threatened breach of any of such provisions by Contractor, in addition to any other relief (including damages) available to the Company under this Agreement or under law.

(j)    <u>Notices</u>. Any notice, request, consent or approval required or permitted to be given under this Agreement or pursuant to law shall be sufficient if in writing, and if and when sent by certified or registered mail, with postage prepaid, to Contractor's residence (as noted below), or to the Company's principal office, as the case may be.

Initial

(k)    Assistance.  Contractor shall, during and after termination of services rendered, upon reasonable notice, furnish such information and proper assistance to the Company as may reasonably be required by the Company in connection with work performed by Contractor; provided, however, that such assistance following termination shall be furnished at the same level of compensation as provided in Section 2.

(l)    Disputes.  Any controversy, claim or dispute arising out of or relating to this Agreement or the relationship, either during the existence of the relationship or afterwards, between the parties hereto, their assignees, their affiliates, their attorneys, or agents, shall be litigated solely in state or federal court in Tennessee.  Each party (1) submits to the jurisdiction of such court, (2) waives the defense of an inconvenient forum, (3) agrees that valid consent to service may be made by mailing or delivery of such service to the Tennessee Secretary of State (the "Agent") or to the party at the party's last known address, if personal service delivery cannot be easily effected, and (4) authorizes and directs the Agent to accept such service in the event that personal service delivery cannot easily be effected.  EACH PARTY, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, HEREBY IRREVOCABLY WAIVES ALL RIGHT TO TRIAL BY JURY AS TO ANY ISSUE RELATING HERETO IN ANY ACTION, PROCEEDING, OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT OR ANY OTHER MATTER INVOLVING THE PARTIES HERETO.

(m)    Property Damage.  Any property damage caused by the contractor either to customer's property or to property of the City and or State the Scope of Work being done in, will be the contractor's responsibility.  Any sub or independent contractor doing work for the Company must carry their own General Liability Insurance policy in which the damages will be paid for.  If the contactor does not have Liability Insurance it is up to the contractor to pay for the damages caused, not the Company.

(n)    Insurances.  Contractors are to carry their own auto insurance, general liability insurance and workmen's compensation insurance.  All certificates, and proof of insurances, and licensures must be submitted to the Company before any work or projects are given. **NO EXCEPTIONS!!!**

(o)    Customer Magnets. At no time shall any contractor have company magnets on their vehicle when contactor is not working including weekends. All magnets are to be taken off equipment when contractor is not performing any duties for the company.

(p)    Cleanup. If at any time trash or empty cable reels are left at the project site, the company shall take pictures and charge the contracting company for the cleanup. NO EXCEPTIONS!!

Initial 

Company: **Utilities Construction Company, LLC**

Contractor: **Smart Communication Systems, LLC**

By: _____ Eric Brewer _____

Title: _____ President _____

By: _____

Name: _____ Pavel O. Pop-Buia ___

                       (Print Name)

_26-1332236_____

Social Security # or FEIN #

Date: 9/9/2020

Address: _____ 6422 Grenada Island Ave _____

           Apollo Beach, Florida

           33572

Initial _____

## Non-Circumvention/Non-Competition

1. Subcontractor agrees that it and its affiliates and subsidiaries shall not circumvent or attempt to circumvent, avoid, bypass, or obviate Utilities Construction Company, LLC's interest, or relationship between Utilities Construction Company LLC and its direct or indirect customers that are directly or indirectly introduced by Utilities Construction Company LLC to Subcontractor during the Term of the Agreement and for two (2) years thereafter.

2. Subcontractor agrees that during the Term of this Agreement and for two (2) years thereafter it and its affiliates and subsidiaries shall not directly or indirectly provide the same Services to Utilities Construction Company LLC's direct or indirect customers for which Subcontractor has been engaged pursuant to this Agreement. In the event that Subcontractor already provides services to Utilities Construction Company LLC's direct or indirect customers, such provision of services is exempted from this covenant, but only to the extent of the existing relationship.

3. In the event of any actual or threatened breach of the provisions of this Section, Utilities Construction Company LLC and Subcontractor each agree that the other party shall be entitled (in addition to any and all other rights and remedies at law or in equity for damages or otherwise, which rights and remedies shall be cumulative) to specific performance, a temporary restraining order, or an injunction to prevent such breach or contemplated breach. Nothing in this Agreement shall preclude Subcontractor or Utilities Construction Company LLC from seeking all available remedies.

**Subcontractor:**

Smart Communication Systems, LLC

By: _____

Printed Name: Pavel O. Pop-Buia

Title: President

Date: 9/9/2020

EIN: 26-1332236

Initial _____

PRICE LIST

To be provided once the market you select is determined

Initial _____