# EXHIBIT #3
# PROMISSORY AGREEMENT

On Wednesday, May 4, 2022, 10:39:10 AM EDT, Douglas Mercier <doug@ttsusa.org> wrote:

Oli,

Thank you for the email. I want to reiterate that TTS has full intentions of paying for the services that SCS has provided to TTS per our contract. As we discussed, TTS is awaiting payment from Mastec, and therefore has not been able to fully pay SCS for the work performed. However, in order to avoid litigation, which we do not think would be beneficial for either party, TTS is proposing to pay SCS the outstanding amount owed ($144,962.59) in accordance with the following payment plan:

- $30,000 on May 13;
- $30,000 on June 17;
- $30,000 on July 15;
- $30,000 on August 12; and
- $24,962.59 on September 16.

Note that we are putting forth the above proposal with the assumption that SCS will not institute any litigation against TTS, as long as TTS pays the above amounts by the applicable deadline. As we discussed, I am happy to have our attorney draft up a document reflecting this arrangement. However, we do not think that's necessary at this point. We hope that both sides can agree via email to the above, and TTS can proceed accordingly with the above payments.